# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 25-cr-05318MJ-001-TUC-MSA |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Michael Seal, | |
| Defendant. | |

A judge has a duty to disqualify herself for the reasons specified in 28 U.S.C.§ 455 (b). She shall also disqualify herself to avoid the appearance of impropriety or if her impartiality could be reasonably questioned whether or not such impartiality actually exists. 28 U.S.C.§ 455 (a); *see Code of Conduct for United States Judges,* Canons 2 and 3. The Court has reviewed this case file and finds that it is advisable to recuse itself, pursuant to 28 U.S.C.§ 455. Accordingly,

**IT IS ORDERED** that this case has been randomly reassigned to the Honorable James E. Marner. The parties are advised that all future case filings must bear the following case number: 25-cr-05318-TUC-JEM.

**IT IS FURTHER ORDERED** resetting the trial date to 1/21/2026 at 9:00 a.m., and plea deadline to 12/31/2025, before Magistrate Judge James E. Marner.

Dated this 11th day of December, 2025.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge