Gregory J. Kuykendall, Bar # 012508
Alyssa Dormer, Bar # 038617
KUYKENDALL & ASSOCIATES
531 S Convent Ave
Tucson, AZ 85701
Tel: (520) 792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com
Attorneys for Defendant Ryan Michael Seal

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-25-05318-TUC-JEM |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO CONTINUE PLEA DEADLINE AND TRIAL DATE** |
| RYAN MICHAEL SEAL, | (First Request, No Objection) |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(7) will occur as a result of this motion or an order based thereon.

Defendant Ryan Michael Seal, by and through undersigned counsel, respectfully requests a **30-day** continuance of the Plea Deadline set for December 31, 2025, and the Trial Date of January 21, 2026, based upon the following:

1. Undersigned counsel needs additional time to prepare this matter for trial or to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this

request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).

3. Assistant U.S. Attorney, Austin Fenwick, has been contacted and does not oppose this request.

DATED this 19th day of December, 2025.

                                          KUYKENDALL & ASSOCIATES
                                        By /s/ Gregory J. Kuykendall
                                        Gregory J. Kuykendall
                                        Alyssa D. Dormer
                                        531 S. Convent Avenue
                                        Tucson, AZ 85705
                                        Attorneys for Defendant Ryan Michael Seal

ORIGINAL electronically filed
this 19th day of December, 2025.

/s/ Alyssa D. Dormer