Gregory J. Kuykendall, Bar # 012508
KUYKENDALL & ASSOCIATES
531 S Convent Ave
Tucson, AZ 85701
Tel: (520) 792-8033
greg@kuykendall-law.com

Alyssa D. Dormer, Bar # 038617
DORMER LAW FIRM, PLLC
975 N Silverbell Rd, No 85087
Tucson, AZ 85754
Tel: (520) 603-3772
alyssa@dormerlaw.com
*Attorneys for Defendant Ryan Michael Seal*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ryan Michael Seal,<br><br>Defendant. | Case No. CR-25-05318-TUC-JEM<br><br>**Notice of Change of Plea** |

PLEASE TAKE NOTICE that the Change of Plea and Sentencing for defendant, Ryan Michael Seal, will be heard on March 6, 2026, at 2:00 p.m. before the Honorable Magistrate Judge James Marner.

RESPECTFULLY SUBMITTED this 2nd day of March, 2026.

By */s/ Alyssa Dormer*
Alyssa D. Dormer

|   |   |
|---|---|
| 1 | Dormer Law Firm, PLLC |
| 2 | 975 N Silverbell Rd, No 85087 |
|   | Tucson, AZ 85754 |

Gregory J. Kuykendall
Kuykendall & Associates
531 S. Convent Avenue
Tucson, AZ 85705
*Attorneys for Defendant Ryan Michael Seal*

ORIGINAL electronically filed this 2nd day of March, 2026.

<u>/s/ Alyssa D. Dormer</u>

- 2 -